IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID NUYANNES | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-2029 |
| NICHOLE THOMPSON, ESQUIRE, | : | |
| SCOTT GALLOWAY, ESQUIRE; and | : | |
| JOHN DOES 1-10 | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *8th* day of *November*, 2011, upon consideration of Plaintiff David Nuyannes's Motions to Strike Defendant Galloway's and Defendant Thompson's Notices of Intent re: Certificate of Merit (Docket Nos. 16 and 20), the Response by Defendant Scott Galloway (Docket No. 17), the Response by Defendant Nichole Thompson (Docket No. 21), Plaintiff's Reply Brief (Docket No. 22) and Plaintiff's additional Reply Brief (Docket No. 26), it is hereby **ORDERED** as follows:

1. Plaintiff's Motions to Strike the Notices of Intent are **DENIED**;

2. Plaintiff's Motions for Extensions of Time in which to file his Certificates of Merit are **GRANTED** and

   a. As to Defendant Galloway, Plaintiff shall file his certificate of merit within eighty-six (86) days from the date of this Order;

   b. As to Defendant Thompson, Plaintiff shall file his certificate of merit within eighty-four (84) days from the date of this Order.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.