## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID NUYANNES, | : | CIVIL ACTION |
| | : | No. 11-cv-02029-RB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NICHOLE THOMPSON, ESQUIRE; | : | |
| SCOTT GALLOWAY, ESQUIRE; and | : | |
| JOHN DOES, 1-10, | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## MOTION OF DEFENDANT, SCOTT GALLOWAY, ESQUIRE, TO DISMISS PLAINTIFF'S FIRST AMENDED CIVIL ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Scott Galloway, Esquire, by and through his attorneys, O'Brien and Ryan, LLP, hereby moves to Dismiss Plaintiff's First Amended Civil Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, Defendant relies on the attached memorandum of law.

Respectfully submitted,

**O'BRIEN & RYAN, LLP**

_s/ Jeffrey P. Brien_
MARSHALL L. SCHWARTZ
JEFFREY P. BRIEN
Hickory Pointe
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
(610) 834-8800
(610) 834-1749
mscwhartz@obrlaw.com
jbrien@obrlaw.com

_Attorneys for Defendant,_
Scott Galloway, Esquire

Dated: January 4, 2012