IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. NUYANNES, Individually,<br>1435 Kynlyn Drive, Wilmington, DE 19809 | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | |
| NICHOLE MARIE THOMPSON, ESQUIRE,<br>And NICHOLE MARIE THOMPSON,<br>Individual, P.O. Box 1644, Media, PA 19063 | : | NO. 11-2029 |
| SCOTT D. GALLOWAY, ESQUIRE, and<br>SCOTT D. GALLOWAY, Individual<br>1215 West Baltimore Pike, Media, PA 19063 | : | |
| JOHN DOES, 1-10 | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of APRIL, 2013, upon consideration of the Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(c)(1)(B) of Defendant, Nichole M. Thompson, Esquire and Nichole M. Thompson, Individual, and *in ch of* reply thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and Plaintiff's First Amended Civil Action Complaint is **DISMISSED** in its entirety and with prejudice.

BY THE COURT:

_____
J.